1 Law Office of Kumetz & Glick
2 Fred J. Kumetz
  Stephen Glick
3 3580 Wilshire Boulevard, Suite 1260
  Los Angeles, California 90010
4 (213) 387-8888
5
  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ALBERTO RIVAS, | ) Case No.: No. 97-5789 MRP (Ex) |
| Plaintiff, | ) STIPULATION TO SUBMIT MATTER TO ) BINDING ARBITRATION |
| vs. | ) [PROPOSED] ORDER |
| LANDSTAR SYSTEMS, INC., LANDSTAR GEMINI, INC., LANDSTAR RANGER, INC., et al., | ) |
| Defendants | ) |

The parties stipulate to submit this matter to binding arbitration, with no right to appeal, under the following terms and conditions:

1. The arbitrator shall be Retired Superior Court Judge Keith Wisot at JAMS Endispute ("Judge Wisot"). Judge Wisot shall be empowered to resolve all disputes between the parties, including the determination of plaintiff's entitlement to injunctive and/or other equitable relief. However, Judge Wisot shall not have the power to certify a class action.

2. Any decision by Judge Wisot, including any equitable orders, shall be enforceable exclusively by the Superior and/or Municipal Court of California in Los Angeles.

3. Judge Wisot's fees and all costs of litigation shall be payable 1/3 by the plaintiff and 2/3 by the defendants.

NOV 17 1999

60

Stipulation Re Binding Arbitration

```
 1
 2  Dated: 11/5/99                    /s/ Kumetz
 3                                    ─────────────────────────
                                      Kumetz & Glick
 4                                    Stephen Glick
                                      Attorney for Plaintiff
 5                                    Rene Alberto Rivas
 6
 7                                    /s/
 8  Dated: 10/21/99                   ─────────────────────────
 9                                    Miles L. Kavaller
                                      Attorney for Defendants Landstar
10                                    Systems, Inc., Landstar Gemini, Inc.,
                                      and Landstar Ranger, Inc.
11
12  IT IS SO ORDERED.
13  DATED: November 15, 1999          UNITED STATES DISTRICT JUDGE
14
15                                    /s/ Mariana R. Pfaelzer
16                                    MARIANA R. PFAELZER
17
18
19
20
21
22
23
24
25
26
27
28
```

Stipulation Re Binding Arbitration

**PROOF OF SERVICE BY MAIL**
**(Business Practice to Entrust Deposit to Others)**
**(CCP § 1013a(3))**

I am over the age of 18 years, and not a party to this action. My business address is 3580 Wilshire Boulevard, Suite 1260, Los Angeles, CA 90010, and located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 8, 1999, at my business address, I placed a copy of the following document:

**STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION**

for deposit in the United States Postal Service in (a) sealed envelope(s), with postage fully prepaid, addressed to:

Miles L. Kavaller, Esq.
315 S. Beverly Drive #315
Beverly Hills, California 90212

The envelope was placed for collection and mailing on that same date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 8, 1999

_____
CRISTINA CANEZ