✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FEB 9 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS RENTERIA,<br><br>    Plaintiff,<br><br>    v.<br><br>K&R TRANSPORTATION, INC., et al.,<br><br>    Defendants.<br><br>AND RELATED CASES | CASE NO. CV 98-290 MRP<br><br>✓(and related case numbers<br>97-5789, 98-356, 98-357,<br>98-359, 98-362, 98-392,<br>98-393, 98-394, 98-395,<br>98-396, 98-397, 98-400,<br>98-406, 98-430, 98-490,<br>98-504, 98-506, 98-3644) |

On August 9, 1999, the Court heard oral argument on defendants' Motion for Summary Adjudication of Issues re Compliance with the Insurance Disclosure Requirements of the Federal Leasing Regulations (the "Motion"). The Court deferred ruling on the Motion to permit the filing of additional papers by the parties, and on August 30, 1999, the Motion was submitted for decision.

The Court having considered the papers filed both in support of and in opposition to the Motion and the oral arguments of counsel,

///

///



ENTERED ON ICMS

FEB 10 2000



IT IS ORDERED that defendants' Motion for Summary Adjudication of Issues re Compliance with the Insurance Disclosure Requirements of the Federal Leasing Regulations is denied.

Counsel shall appear for a status conference on March 13, 2000, at 10:00 a.m. in Courtroom No. 12 for the purpose of discussing the ruling and to set dates for the pretrial conference and trial.

DATED: February 8, 2000

Mariana R. Pfaelzer
United States District Judge