MILES L. KAVALLER
State Bar No. 73850
Attorney at Law
15915 Ventura Boulevard
Suite 201
Encino, CA 91436-2741
Telephone: (818) 728-4821
Facsimile: (818) 728-4672
E-mail: mkavaler1@earthlink.net

Attorney for Defendant,
Landstar Defendants

Priority  ✓
Send
Enter  ✓
Closed
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
FEB 14 2001
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ALBERTO RIVAS, etc.,<br><br>Plaintiff,<br><br>vs.<br><br>LANDSTAR SYSTEM, INC., a corporation, et al.<br><br>Defendants. | Case No. CV 97-5789 MRP (Ex)<br><br>STIPULATION AND ORDER OF DISMISSAL |

ENTERED
CLERK, U.S DISTRICT COURT
FEB 15 2001
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Plaintiff, Rene Alberto Rivas, by and through his attorneys, Fred J. Kumetz, of the firm of Kumetz & Glick, and defendants, Landstar System, Inc., et al., by and through their attorney, Miles L. Kavaller, Esq., do and hereby stipulate the above-entitled action shall be dismissed with prejudice, each party to bear his or its own attorney's fees and court costs.

Dated: February 9, 2001

_____
FRED J. KUMETZ, ESQ.
Attorney for Plaintiff, Rene Alberto Rivas

Dated: February 9, 2001

_____
MILES L. KAVALLER,
Attorney for Defendants, Landstar Systems, Inc., et al.

LODGED
2001 FEB 13 PM 2:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

Docketed
Copies / NTC Sent
JS-5 / JS-6
JS-2 / JS-3
CLSD

FEB 15 2001

(62)

STIPULATION AND ORDER OF DISMISSAL

## ORDER

Upon the stipulation of counsel for the respective parties and good cause appearing therefor,

IT IS ORDERED that the above-entitled action is and is hereby dismissed with prejudice, each party to bear his or its own attorney's fees and court costs.

Dated: February 14, 2001

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY MAIL

C.C.P. Sections 1013 and 1013a

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, hereby certify that I am over the age of 18; I work in the County of Los Angeles, California, in which County the within mailing took place; and I am not a party to the subject case. My business address is 15915 Ventura Boulevard, Suite 201, Encino, CA 91436.

I am familiar with the practice of this law firm for the collection and processing of documents for mailing with the United States Postal Service, that the documents would be deposited with the United States Postal Service that same day in the ordinary course of business.

On February 12, 2001, I placed the within, **STIPULATION AND ORDER OF DISMISSAL**, in an envelope(s) sealed, with postage thereon fully prepaid, and, following the ordinary business practices of this law firm, placed said envelope(s) for collection and mailing to the parties to the within action, at 15915 Ventura Boulevard, Suite 201, Encino, CA, addressed as followed:

Fred J. Kumetz, Esq.
KUMETZ & GLICK
3580 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90010

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on February 12, 2001, at Encino, California.

JACQUELINE BROWN

3

STIPULATION AND ORDER OF DISMISSAL